IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THEODORE GANS,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-303-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Theodore Gans attorney fees and costs in the amount of $3,559.47 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 12/23/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |